Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRINA CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARINA BIOTECH, a Delaware Corporation,<br><br>Defendant. | ) Civil Action No. 2:10-cv-01322-RAJ<br>)<br>) STIPULATION AND<br>) ORDER DISMISSING LAWSUIT WITH<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>) |

Plaintiff Mirina Corporation and Defendant Marina Biotech Inc. hereby stipulate and agree that all claims and counterclaims asserted in the above-entitled lawsuit between Plaintiff and Defendant be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

**CONSENTED AND STIPULATED TO:**

SEED IP Law Group PLLC

4/22/11
Date

/s/ Nathaniel E. Durrance
Kevin S. Costanza, Esq.
kevins@seedip.com
Nathaniel E. Durrance, Esq.
nathand@seedip.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone:  (206) 622-4900

Attorneys for Plaintiff
MIRINA CORPORATION

STIPULATION AND ORDER
DISMISSING LAWSUIT WITH PREJUDICE
(2:10-cv-01322-RAJ) ........................................................... 1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900

LANE POWELL

4/22/11

Date

/s/ Brian G. Bodine

Brian G. Bodine, Esq.
bodineb@lanepowell.com
Tiffany Scott, Esq.
scottt@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Attorneys for Defendant
MARINA BIOTECH INC.

## ORDER

IT IS HEREBY ORDERED that all claims and counterclaims asserted in the above-captioned lawsuit between Plaintiff and Defendant are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

**SO ORDERED** this 22nd day of April, 2011.

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER
DISMISSING LAWSUIT WITH PREJUDICE
(2:10-cv-01322-RAJ) .......................................................... 2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900